**2013–0984.  Independence v. Office of the Cuyahoga Cty. Executive.**
Cuyahoga App. No. 97167, 2013-Ohio-1336. Reported at ___ Ohio St.3d___, 2014-Ohio-4650, ___ N.E.3d ___. On motion for reconsideration and joint memo in support of amicus curiae County Engineers' Association of Ohio. Motion denied.
   O'DONNELL, J., dissents.

**2013–1552.  Plassman v. Ohio Adult Parole Auth.**
In Habeas Corpus. 2013-Ohio-5678. Reported at 141 Ohio St.3d 14, 2014-Ohio-4033, 21 N.E.3d 271. On motion for reconsideration. Motion denied.
   O'NEILL, J., dissents.

**2013–1574.  Fondessy v. Simon.**
Ottawa App. No. OT-11–041, 2013-Ohio-3465. Reported at ___ Ohio St.3d ___, 2014-Ohio-4638, ___ N.E.3d ___. On motion for reconsideration. Motion denied.
   KENNEDY, FRENCH, and O'NEILL, JJ., dissent.
   On motion for sanctions. Motion denied.

**2013–1994.  State ex rel. Luoma v. Russo.**
Cuyahoga App. No. 99844, 2013-Ohio-5033. Reported at 141 Ohio St.3d 53, 2014-Ohio-4532, 21 N.E.3d 305. On motion for reconsideration. Motion denied.

**2014–1321.  Harper v. Tuscarawas Cty. Court of Common Pleas, Juvenile Div.**
In Mandamus. Reported at 140 Ohio St.3d 1464, 2014-Ohio-4629, 18 N.E.3d 444.
On motion for reconsideration. Motion denied.

**2014–1492.  Macon v. Toledo Mun. Court.**
In Mandamus. Reported at 140 Ohio St.3d 1495, 2014-Ohio-4845, 18 N.E.3d 1250. On motion for reconsideration. Motion denied.
   LANZINGER, J., not participating.

**2014–2223.  State ex rel. Hunter v. Cunningham.**
In Mandamus, Prohibition, and Habeas Corpus. This cause originated in this court on the filing of a complaint for writs of mandamus, prohibition, and habeas corpus.
   It is ordered by the court, sua sponte, that respondents shall file a response to the complaint no later than 12:00 p.m. on Friday, December 26, 2014. No stipulations or requests for extension of time to file a response to the complaint shall be permitted in this case.